Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DERRICK WAYNE SMITH, | ) Case No.: CV 08-3612 JWJ |
| Plaintiff, | ) ORDER AWARDING EQUAL ) ACCESS TO JUSTICE ACT ) ATTORNEY FEES PURSUANT TO |
| vs. | ) 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of rights, the amount of two thousand six hundred dollars and no cents ($2,600.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: March 23, 2009

_____/s_____

HONORABLE JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE

-1-